**\*\*E-filed 12/7/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

JULIE NELSON BLANKENHORN,

　　　　Debtor.
_____/

No. C 11-80287 RS (MISC)

**ORDER ON MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS***

　　Debtor Julie Nelson Blankenhorn's motion for leave to proceed *in forma pauperis* was transferred to this Court from a Bankruptcy Appellate Panel that lacked authority to grant the motion. *See Perroton v. Gray (In re Perroton)*, 958 F.2d 889 (9th Cir. 1992). In light of the financial affidavit Blankenhorn submitted, her motion is GRANTED.

　　IT IS SO ORDERED.

Dated: 12/7/11

　　　　　　　　　　　　　　　　　　　　　　
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE